# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2023-4083
Lower Tribunal No. 2023SC000265

_____

DENNIS LONG,

Appellant,

v.

BRANDY ROWE,

Appellee.

_____

Appeal from the County Court for Hardee County.
David N. Horton, Judge.

August 13, 2024

PER CURIAM.

AFFIRMED.

WHITE and SMITH, JJ., and LAMBERT, B.D., Associate Judge, concur.


Dennis Long, Jacksonville, pro se.

Ashley Moody, Attorney General, Tallahassee, and Jessica Schwieterman, Senior Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED